CITY OF PASSAIC, appellant,

v.

MAYOR &C. OF THE CITY OF NEWARK, respondents.

On appeal from an order dated November 16th, 1891, advised by Vice-Chancellor Van Fleet, refusing to discharge a former order made in the cause of the *Newark Aqueduct Board* v. *City of Passaic*, July 24th, 1891, directing that the Mayor and Common Council of the City of Newark be substituted as party complainants in the place of the Newark Aqueduct Board, by virtue of the provisions of an act of the legislature of 1891. Chap. CXXXIX.

*Mr. John W. Griggs*, for the appellant.

*Mr. E. Livingston Price*, for the respondents.

PER CURIAM.

Order appealed from reversed.   No opinion filed.

*For affirmance*—None.

*For reversal*—THE CHIEF-JUSTICE, DIXON, GARRISON, MAGIE, REED, VAN SYCKEL, WERTS, BOGERT, BROWN, SMITH, WHITAKER—11.